# EXHIBIT C

Case 1:21-cv-05241-JPB   Document 1-3   Filed 12/22/21   Page 2 of 3

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-08481-S3**
**12/2/2021 11:13 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ANTONIO HALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAC WIRELESS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION<br>FILE NO.: 21-C-08481-S3 |

## ACKNOWLEDGEMENT OF SERVICE

Andrew Horowitz of the law office Drew Eckl & Farnham, LLP, counsel for Defendant SAC Wireless, LLC, does hereby accept service of process of the Complaint on behalf of Defendant in the above-styled action. Due and proper service of the Complaint is hereby acknowledged, and no further or other service of process will be required.

By acknowledging service, it is expressly understood and agreed that Defendant is not waiving any defense, in law or in equity, that Defendant may have to any claim asserted by Plaintiff, and that Defendant expressly reserves the right to assert all defenses with the exception of service of process. Further, Defendant shall have 30 days from execution of this Acknowledgement to file a response to Plaintiff's Complaint.

This 30th day of November, 2021.

*Signature block on next page*

Copy from re:SearchGA

Drew Eckl & Farnham, LLP

By: _____
Andrew Horowitz
Georgia Bar No. 367815
*Attorney for Defendant SAC Wireless, LLC*

303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
O: 404.885.6145
F: 404.876.0992
HorowitzA@deflaw.com

2

Copy from re:SearchGA